GEORGE C. JENKS, as Administrator of the Estate of AMY V. JENKS, Deceased, Respondent, *v.* VEEDER CONTRACTING COMPANY, INC., et al., Appellants.

Reported below, 264 App. Div. 979.

Submitted December 7, 1942; decided January 7, 1943.

*Oscar J. Brown* for motion.
*John J. Conners, Jr.,* opposed.

Motion denied, with ten dollars costs.